Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. ARONSON and SECURE TECH,<br><br>Plaintiffs<br><br>vs.<br><br>FCA US LLC; RYDELL CHRYSLER DODGE JEEP RAM,<br><br>Defendants. | Case No. 2:19-cv-09386-JFW-JPRx<br><br>**JUDGMENT GRANTING DEFENDANT FCA US LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**FRCP RULE 56**<br><br>Courtroom: 7A<br>Judge:     Hon. John F. Walter |

On June 24, 2020, Defendant FCA US LLC ("FCA") filed a Motion for Summary Judgment. On July 6, 2020, Plaintiffs Bruce A. Aronson and Secure Tech (collectively, "Plaintiffs") filed their Opposition, and on July 10, 2020, Plaintiffs filed a Corrected Opposition. On July 13, 2020, FCA filed a Reply.

-1-
**JUDGMENT GRANTING DEFENDANT FCA US LLC'S MOTION FOR SUMMARY JUDGMENT**

On July 21, 2020, the Court GRANTED FCA's Motion for Summary Judgment after consideration of the papers submitted by the parties in support of and in opposition to FCA's Motion for Summary Judgment. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found that this matter was appropriate for decision without oral argument. The hearing calendared for July 27, 2020 was vacated and the matter taken off calendar.

Therefore, it is hereby ORDERED AND ADJUDGED that Plaintiffs take nothing from FCA, that judgment is entered in FCA's favor, that the action be dismissed against FCA on the merits and that FCA shall be entitled to recover costs as provided by law.

**IT IS SO ORDERED.**

Dated: 7/27/2020_____

_____
Honorable John F. Walter
UNITED STATES DISTRICT COURT

-2-
**JUDGMENT GRANTING DEFENDANT FCA US LLC'S MOTION FOR SUMMARY JUDGMENT**